COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    Christopher A. Skidmore, Anne Goettee Skidmore, Catherine Goette
Echols and Skidmore Homes, Inc. v. Gremillion & Co. Fine Art, Inc.

Appellate case number:    01-18-00829-CV

Trial court case number:    2018-22505

Trial court:    157th District Court of Harris County

      Appellants' Motion for Rehearing is denied.

      It is so ORDERED.

Judge's signature:  /s/ Laura Carter Higley
                      Acting for the Court

Panel consists of Justices Keyes, Higley, and Landau.


Date:    July 12, 2019